UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY D. REO, | ) | Case No.1:18 cv 1498 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| NORTH COAST WARRANTY SERVICES, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

Counsel has notified the Court that above captioned case has been settled. Parties may file any additional documentation evidencing the settlement.

Therefore, this case is dismissed.

IT IS SO ORDERED.

                                             _/s/Donald C. Nugent___
                                             DONALD C. NUGENT
                                             United States District Judge

DATE: _August 8, 2018____